# Court of Appeals
# of the State of Georgia

ATLANTA, January 02, 2020

*The Court of Appeals hereby passes the following order:*

**A20A0756.  MARCELO ENCISO-RODRIGUEZ v. THE STATE.**

This appeal was docketed on November 14, 2019. Pursuant to Court of Appeals Rule 23(a), Encisco-Rodriguez's brief was due no later than December 4, 2019. Encisco-Rodriguez failed to timely file a motion for extension of time or his brief. Instead, on December 11, 2019 and December 16, 2019, Encisco-Rodriguez filed untimely motions for extension of time.

As the Appellant failed to file a brief or seek an extension prior to the deadline this appeal is hereby DISMISSED.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,* 01/02/2020
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*

_____ , *Clerk.*